UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EDWIN LOPEZ, RICHARD LESTER
RYAN MONTALVO, JONATHAN VALDES

v

BURRIS LOGISTICS COMPANY                    Civil No. 3:12-cv-1039(CSH)

## PARTIAL JUDGMENT

This action came on for consideration on defendant's Motion to Dismiss claims of Edwin Lopez before the Honorable Charles S. Haight, Jr., Senior United States District Judge. On November 6, 2013, an order entered dismissing Edwin Lopez's claims with prejudice against defendant, Burris Logistics Company.

It is therefore **ORDERED** and **ADJUDGED** that judgment is entered dismissing claims against , Burris Logistics Company on the claims as they relate to Edwin Lopez .

Dated at New Haven, Connecticut, this 14th day of November 2013

ROBIN D. TABORA, Clerk

By:      /s/

Kathleen Falcone, Deputy Clerk

EOD: November 14, 2013