UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x
EDWIN LOPEZ,                    :   CIVIL NO. 3:12-cv-01039 (CSH)
    Plaintiff,                  :
                                :
VS.                             :
                                :
BURRIS LOGISTICS, INC.,         :
    Defendant.                  :   MAY 19, 2014
------------------------------------------------------------x

## STIPULATION OF DISMISSAL WITH PREJUDICE

The plaintiffs, Richard Lester, Ryan Montalvo, and Jonathan Valdes, and the defendant, Burris Logistics, Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the Complaint and all other aspects of the above-captioned action in its entirety, with prejudice. The parties have further agreed that, except as otherwise stated in their confidential Settlement Agreement, each party shall bear their respective attorney's fees, expenses and costs.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| PLAINTIFFS,<br>RICHARD LESTER,<br>RYAN MONTALVO, AND<br>JONATHAN VALDES | DEFENDANT,<br>BURRIS LOGISTICS, INC. |
| By   /s/Michael T. Petela<br>    Michael T. Petela, Jr. (ct28251)<br>    E-mail: mpetela@cicchielloesq.com<br>    Cicchiello & Cicchiello, LLP<br>    364 Franklin Avenue<br>    Hartford, CT  06114<br>    Tel. No.: (860) 296-3457<br>    Fax No.: (860) 296-0676 | By   /s/Ian T. Clarke-Fisher<br>    Stephen W. Aronson (ct02216)<br>    E-mail: saronson@rc.com<br>    Ian T. Clarke-Fisher (ct28684)<br>    E-mail: iclarke-fisher@rc.com<br>    Robinson & Cole LLP<br>    280 Trumbull Street<br>    Hartford, CT 06103-3597<br>    Tel. No.: (860) 275-8200<br>    Fax No.: (860) 275-8299 |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------x
EDWIN LOPEZ,                          :     CIVIL NO. 3:12-cv-01039 (CSH)
    Plaintiff,                        :
                                      :
VS.                                   :
                                      :
BURRIS LOGISTICS, INC.,               :
    Defendant.                        :     MAY __, 2014
---------------------------------------------------------x

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** came before the Court on Plaintiffs' and Defendant's Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii). The Court having reviewed said Stipulation, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that the Stipulation for Dismissal with Prejudice is hereby approved, adopted, and ratified by the Court.

**ORDERED AND ADJUDGED** that this action in its entirety is hereby dismissed with prejudice.

**DONE AND ORDERED** in Chambers this __ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of May, 2014, the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all appearing parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                        */s/Ian T. Clarke-Fisher*
                                                        Ian T. Clarke-Fisher